[No. 5538-4-II. Division Two. June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CATHY LYNN STEVENS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 810219, Thomas R. Sauriol, J., entered April 6, 1981. *Dismissed* by unpublished opinion per Reed, J., con-

curred in by Petrich, C.J., and Worswick, J.